B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __New York__

In re __Peter Sidote__     Case No. __18-73941__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __5-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __12/05/2018__ (date).

Name of Alleged Transferor

MTGLQ Investors, L.P.

Name of Transferee

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

Address of Alleged Transferor:

c/o Selene Finance LP
9990 Richmond Ave, Suite 400S
Houston, TX 77042

Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                              **CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re Peter Sidote ,   Case No. 18-73941

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | MTGLQ Investors, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Court Claim # (if known): 5-1
Amount of Claim: $240,132.72
Date Claim Filed: 08/20/2018

Phone: (800) 603-0836
Last Four Digits of Acct #: 7089

Phone: (877) 768-3759
Last Four Digits of Acct. #: 3106

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Richard Postiglione     Date: December 5, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE:

Peter Sidote

Debtor

CASE NO.: 18-73941

CHAPTER: 13

HON. JUDGE.:

ALAN S. TRUST

-----------------------------------------------------------------X

## CERTIFICATION OF SERVICE

On ___December 5, 2018___ I served a true copy of the annexed **NOTICE OF TRANSFER OF CLAIM** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                                         By: /s/ Richard Postiglione
                                                                         Richard Postiglione, Esq.
                                                                         FRIEDMAN VARTOLO LLP
                                                                         85 Broad Street, Suite 501
                                                                         New York, New York 10004
                                                                         T: (212) 471-5100
                                                                         F: (212) 471-5150

## SERVICE LIST

Peter Sidote
44 Robin Drive
Hauppauge, NY 11788
***Debtor***

Peter Corey
Richard L. Stern, PC
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Debtor's Attorney***

Cooper J Macco
Macco and Stern, LLP
2950 Express Drive South Suite 109
Islandia, NY 11749
***Debtor's Attorney***

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***